IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| GUSTAVO ENRIQUE LLANOS MIRANDA, | : | |
| | : | CIV. NO. 23-2233 (RMB) |
| Petitioner | : | |
| v. | : | **MEMORANDUM OPINION** |
| | : | |
| WARDEN, FCI FORT DIX, | : | |
| | : | |
| Respondent | : | |

**IT APPEARING THAT:**

1. On or about April 21, 2023, Petitioner Gustavo Enrique Llanos Miranda, a prisoner confined in the Federal Correctional Institution in Fort Dix, New Jersey, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241, seeking application of earned Time Credits under the First Step Act ("FSA Time Credits"). (Pet., Docket No. 1.) The Court directed Respondent to file an answer to the petition, and granted Respondent's request for an extension of time to do so. (Orders, Docket Nos. 2, 5.)

2. On August 22, 2023, Respondent filed a letter brief, recommending dismissal of the petition as moot because the Bureau of Prisons ("BOP") changed Petitioner's FSA eligibility status to eligible, and on August 3, 2023, applied 365 days of FSA Time Credits towards his early transfer to supervised release. (Declaration of Danielle DiBello, Dkt. No. 7-1, ¶ 10 and Exhibits 1, 4.)

3. "If developments occur during the course of adjudication that eliminate a plaintiff's personal stake in the outcome of a suit or prevent a court from being able

to grant the requested relief, the case must be dismissed as moot." *Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 698–99 (3d Cir. 1996).

4.  The petition no longer presents a live case or controversy. Therefore, the Court will dismiss this matter as moot.

An accompanying Order follows.

DATE:  **March 27, 2024**

s/Renée Marie Bumb
RENÉE MARIE BUMB
Chief United States District Judge
